**SULAIMAN LAW GROUP, LTD.**
Alejandro E. Figueroa, Esq.
Cal. Bar No. 332132
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELIZA P. DE LOS SANTOS,<br><br>Plaintiff,<br><br>v.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>Defendant. | Case No.  3:21-cv-01694-JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, EDELIZA P. DE LOS SANTOS and the Defendant IQ DATA INTERNATIONAL, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

DATED: September 3, 2021

| | |
|---|---|
| */s/ Alejandro E. Figueroa*<br>**SULAIMAN LAW GROUP, LTD.**<br>Alejandro E. Figueroa, Esq.<br>Cal. Bar No. 332132<br>2500 S. Highland Ave, Suite 200<br>Lombard, IL 60148<br>Telephone: (630) 575-8181<br>Fax: (630) 575-8188<br>alejandrof@sulaimanlaw.com | */s/*<br>Alan Patrick Smith (SBN 298556)<br>MARKUN ZUSMAN FRENIERE &<br>COMPTON LLP<br>465 California Street, Suite 401<br>San Francisco, California 94104<br>Telephone: (415) 438-4515<br>Facsimile: (415) 434-4505<br>*Attorneys for Defendant* |