**SULAIMAN LAW GROUP, LTD.**
Alejandro E. Figueroa, Esq.
Cal. Bar No. 332132
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com
*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

EDELIZA P. DE LOS SANTOS,

         Plaintiff,

    v.

IQ DATA INTERNATIONAL, INC.,

         Defendant.

Case No.  3:21-cv-01694-~~JCS~~ CRB

**STIPULATION OF DISMISSAL WITH PREJUDICE** : ORDER

      IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, EDELIZA P. DE LOS SANTOS and the Defendant IQ DATA INTERNATIONAL, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

DATED: September 3, 2021

*/s/ Alejandro E. Figueroa*
**SULAIMAN LAW GROUP, LTD.**
Alejandro E. Figueroa, Esq.
Cal. Bar No. 332132
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com

*/s/*
Alan Patrick Smith (SBN 298556)
MARKUN ZUSMAN FRENIERE &
COMPTON LLP
465 California Street, Suite 401
San Francisco, California 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505
*Attorneys for Defendant*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

EDELIZA P. DE LOS SANTOS,

    Plaintiff,

  v.

IQ DATA INTERNATIONAL, INC.,

    Defendant.

Case No.  3:21-cv-01694 CRB ~~JCS~~

**~~PROPOSED~~ ORDER ON STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

    Plaintiff, EDELIZA P. DE LOS SANTOS, and Defendant, IQ DATA INTERNATIONAL, INC., through counsel, having filed their Stipulation of Dismissal with Prejudice, and this Court having reviewed the same, hereby ORDERED:

    1. The stipulation is approved. The case is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

DATED:  September 8, 2021

_____
UNITED STATES DISTRICT JUDGE

1